**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 2, 2015

Hon. Gilberto Hinojosa
Attorney at Law
622 E. St. Charles St.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Jerad Najvar
Attorney at Law
4151 Southwest Freeway, Ste. 625
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00581-CV
Tr.Ct.No. C-6914-13-G
Style:    Lupe Rivera v. Leticia "Letty" Lopez

Dear Sir/Madam:

Appellant's motion for extension of time to file reply brief was this day GRANTED by this Court. The time has been extended to Monday, February 02, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch